# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| A.C., an individual, | CIVIL ACTION NO. 2:19-CV-04965-ALM-EPD |
| Plaintiff, | Chief Judge Algernon L. Marbley |
| RED ROOF INNS, INC. *et al.* | Chief Magistrate Judge Elizabeth A. Preston Deavers |
| Defendants. | |

## JOINT NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE

Come now the parties, by and through counsel, and jointly stipulate to dismissal of all claims of Plaintiff against Defendants without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii). Each party hereby stipulates and agrees that each party will bear its own costs.

Dated: September 20, 2021

Respectfully submitted,

/s/ *Steven C. Babin, Jr.*
Steven C. Babin, Jr. (0093584)
**BABIN LAW, LLC**
22 E. Gay Street, Suite 200
Columbus, Ohio 43215
T: 614.761.8800
Email: steven.babin@babinlaws.com

/s/ *Tiffany R. Ellis*
Tiffany R. Ellis
**Weitz & Luxenberg, P.C.**
3011 W. Grand Blvd.
Detroit, MI 48202
E: tellis@weitzlux.com
*Attorneys for the Plaintiff*

/s/ *Sara M. Turner*
Sara M. Turner *(pro hac vice)*
**BAKER, DONELSON,** BEARMAN BEARMAN, CALDWELL & BERKOWITZ, PC
420 20th Street North, Suite 1400
Birmingham, AL 35203
T: 205.250.8316
E: smturner@bakerdonelson.com

Jennifer Snyder Heis (0076181)
ULMER & BERNE LLP
600 Vine Street, Suite 2800
Cincinnati, OH 45202
(513) 698-5058
jheis@ulmer.com

Alyson Terrell (0082271)
ULMER & BERNE LLP
65 East State Street, Suite 1100
Columbus, Ohio 43215
(614) 229-0042
(614) 229-0043 FAX
aterrell@ulmer.com

*Attorney for Defendant*
<u>*Choice Hotels International, Inc.*</u>


*/s/ Christopher B. Donovan*

Christopher B. Donovan (*pro hac vice*)
DLA Piper LLP (US)
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
713.425.8449
christopher.b.donovan@dlapiper.com

Michael R. Reed (0063995)
Elisé K Yarnell (0093996)
Hahn Loeser & Parks LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215
(614) 233-5165
mreed@hahnlaw.com
eyarnell@hahnlaw.com

David S. Sager (*pro hac vice*)
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
973.520.2550
david.sager@dlapiper.com


*Attorneys for Defendant*
<u>*Wyndham Hotels & Resorts Inc.*</u>


*/s/ Katherine L. Kennedy*

Katherine L. Kennedy (0079566)
LEWIS, BRISBOIS, BISGAARD & SMITH
250 E. 5th Street, Suite 2000

Cincinnati, Ohio 45202
kate.kennedy@lewisbrisbois.com
(513) 808-9914 / (513) 808-9912 (Fax)

*Attorney for Defendant*
*<u>Red Roof Inns, Inc.</u>*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2021, I electronically filed the foregoing JOINT NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system for service of all parties.

*/s/ Steven C. Babin, Jr.*
Steven C. Babin, Jr.